IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRADY PATTERSON,

                Plaintiff,       Civil No. 07-400- ST

     v.                     ORDER OF DISMISSAL

CASCADE RECOVERY, INC.

                Defendants.

    Based on the record and the stipulation of the parties,

IT IS HEREBY ORDERED that this action is dismissed without prejudice and without costs or attorneys' fees to any party.

    Dated this 7th day of December, 2007.

                                          /s/Janice  M.  Stewart
                                          Janice M. Stewart
                                          United States Magistrate Judge